STEWART OFFICE SUPPLIERS, INC. v. SOUTHERN NATIONAL BANK OF
NORTH CAROLINA

No. 128A90

(Filed 10 January 1991)

APPEAL of right by defendant Southern National Bank of North Carolina pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 97 N.C. App. 353, 388 S.E.2d 599 (1990), reversing an order of summary judgment granted in favor of defendant entered by *Snepp, J.,* on 7 December 1988 in Superior Court, MECKLENBURG County. Heard in the Supreme Court 9 October 1990.

*Lawrence U. Davidson, III, for plaintiff-appellee.*

*Parker, Poe, Adams & Bernstein, by Gaston H. Gage and Craig T. Lynch, for defendant-appellant Southern National Bank of North Carolina.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Greene, J., the decision of the Court of Appeals is

Reversed.